**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  05-cv-0706-REB-BNB

ROBERT CHARLES ABELL, and
LISA JEAN ABELL,

    Plaintiffs,

v.

WILLIAM R. SOTHEN, and coworkers as individuals, and
INTERNAL REVENUE SERVICE (writ of mandamus)

    Defendants.

## MINUTE ORDER

    Defendant United States' Motion for Summary Denial of Petition to Quash (and its Incorporated Petition for Writ of Mandamus), and for Enforcement of Internal Revenue Service Summonses [#13] and the Memorandum in Support of United States' Motion for Summary Denial of Petition to Quash (and its Incorporated Petition for Writ of Mandamus), and for Enforcement of Internal Revenue Service Summonses [#14], filed July 13, 2005, are **STRICKEN** for failure to comply with this court's practice standard REB Civ. Practice Standard V.A.1.  Defendant shall have until **July 26, 2005**, in which to re-file their motion in compliance with this practice standard, but need not re-file the declarations.

Dated:  July 14, 2005

----------------------------------------------------------------------------------------------------------------