**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  05-cv-00706-REB-BNB

ROBERT CHARLES ABELL, and
LISA JEAN ABELL,

    Plaintiffs,

v.

WILLIAM R. SOTHEN, and coworkers as individuals, and
INTERNAL REVENUE SERVICE (writ of mandamus),

    Defendants.

---

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

The matter before me is the **Recommendation of Magistrate Judge** [#34], filed February 14, 2006.  I approve and adopt the recommendation.

Because plaintiffs are proceeding *pro se*, I have construed their pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  See **Hall v. Belmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21 (1972)).  No objections have been filed to the recommendation.  Absent objections to the recommendation, I am vested with discretion to review the recommendation under any standard the court deems to be appropriate.  See, e.g., **Summers v. Utah**, 927 F.2d 1165, 1167 (10th Cir. 1991).  I have reviewed the recommendation for plain error, and I have no error.  See **Morales-Fernandez v. Immigration & Naturalization Service**, 418 F.3d 1116, 1122 (10th Cir.

2005).[1] The recommendation is detailed, circumstantiated, and well-reasoned. Therefore, I find and conclude that the arguments advanced, the authorities cited, and the findings of fact, conclusions of law, and recommendations proposed by the magistrate judge should be approved and adopted.

  **THEREFORE, IT IS ORDERED as follows:**

  1. That the **Recommendation of Magistrate Judge** [#34], filed February 14, 2006, **IS ADOPTED** as an order of the court;

  2. That the Petition **IS DISMISSED**, and the request to quash the summonses issued to Wells Fargo Bank and Countrywide Home Loans **IS DENIED**, and that the Motion to Dismiss **IS GRANTED**, and the summonses issued to Wells Fargo Bank and Countrywide Home Loans **ARE ENFORCED**, as follows:

    a. That the United States be substituted as the defendant insofar as the Petition asserts claims against William R. Sothen and his coworkers, in their official capacities, and against the Internal Revenue Service;

    b. That the claims against the United States **ARE DISMISSED** with prejudice as barred by sovereign immunity;

    c. That the claims against William R. Sothen and his coworkers, in their individual capacities, **ARE DISMISSED** with prejudice as not available under ***Bivens v. Six Unknown Named Agents***, 403 U.S. 388 (1971);

    d. That the Petition **IS DISMISSED** with prejudice insofar as it seeks a writ of mandamus;

---

[1] This standard pertains even though plaintiffs are proceeding *pro se.* **Morales-Fernandez**, 418 F.3d at 1122.

    e. That the Petition **IS DENIED** for lack of jurisdiction insofar as it seeks an order quashing the summonses served on Indymac Bank and Union Bank of California; and

    f. That the United States' request to enforce the summonses served on Wells Fargo Bank and Countrywide Home Loans **IS GRANTED**.

  Dated March 7, 2006, at Denver, Colorado.

              **BY THE COURT:**

              **s/ Robert E. Blackburn**
              **Robert E. Blackburn**
              **United States District Judge**